Entered: September 11th, 2024
Signed: September 11th, 2024
**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE:** | Chapter 11 (Sub-Chapter V) |
| **LP PROPERTIES LLC** | Case No.: 24-13256 |
| Debtor | |
| **LP PROPERTIES LLC** | **Property Address:** |
| Movant | 114 South Stricker Street |
| Vs. | Baltimore, MD 21223 |
| **SPECIALIZED LOAN SERVICING LLC** | |
| Respondents' | |

### CONSENT ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS

**HAVING CONSIDERED** Debtors' Motion to Determine Secured Status (dkt. 25), the consent of the debtor, the consent of the creditor and the Subchapter V Trustee, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506(d) it is it is, and after opportunity for hearing, it is by the United States Bankruptcy Court for the District of Maryland, determined that

WHEREFORE, this Court has jurisdiction over this Chapter 11 Subchapter V Case and this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Pursuant to 28 U.S.C. § 157(b)(2), this is a core proceeding. Venue is proper in this District pursuant to 28 U.S.C. § 1409 because the underlying bankruptcy case is pending in this court. To the extent this Court may lack the authority to enter a final judgment in this matter pursuant to the holdings in *Stern v. Marshall*, 564 U.S. 462, 131 S.Ct. 2594 (2011) and *Wellness International Network, Ltd. v. Sharif,* 575 U.S.

665, 135 S. Ct. 1932 (2015), and Movant and Respondent consents to this Court's entry of a final judgment.

WHEREFORE, the statutory and legal predicates for the relief requested herein are 11 U.S.C. § 506 and Bankruptcy Rule 105(a) and Rule 3012.

WHEREFORE, the parties hereby indicate to this Court and the Court so finds that the conditions of 11 U.S.C. § 506(d) to determine secured status have been satisfied. Namely, that Respondent Specialized Loan Servicing LLC ("SLS") former servicer for The Bank of New York Mellon FKA as the Bank of New York, as Trustee for the certificate holders of the CWABS, Inc, Asset-Backed Certificates, Series 2006-14 currently assigned to Transferee, The Bank of New York Mellon Trustee current servicer Shellpoint Mortgage Servicing ("Shellpoint") has a security of interest in the debtors real property located at 114 South Stricker Street, Baltimore, MD 21223 ("the Collateral"); that the Collateral is subject to a first lien securing a claim of Respondent in the approximate amount, as of the filing date of $501,080.63.

WHEREFORE, the parties stipulate and agree that the total value of the Collateral is $175,000.00; that the balance of the loan in the amount of $326,080.63 is deemed wholly unsecured by the collateral.

WHEREFORE, the parties stipulate and agree that the Creditor ("Shellpoint") claim will be bifurcated into a secured portion and a general wholly unsecured portion; that the parties stipulate and consent to the bifurcated secured portion of the loan in the amount of $175,000.00 be paid through it's Chapter 11 Subchapter V Plan at a fixed interest rate of 5.19%; that the general wholly unsecured portion of the loan will be subject to discharge pursuant to the Chapter 11 Subchapter V Plan and the Creditor waives any payment beyond

the amounts stipulated and agreed upon in this Order. The Secured claim is impaired, and the Creditor will vote in favor of a Plan which incorporates this language. Further, the Creditor's unsecured claim is impaired, and the Creditor will vote in favor of a Plan which incorporates this language.

 WHEREFORE, the Creditor waives any payment beyond the amounts stipulated and agreed upon in this Order.

 WHEREFORE, the parties agree that the secured portion of the loan is amortized over a term of ten (10) years, the monthly principal and interest payment is $1872.44, at the end of five (5) years the principal balance on the loan is $94,500.00 but is subject to change if advances or other loan charges are accrued by the secured creditor in the event the debtor falls behind on payments as required by this order.

 WHEREFORE, the parties agree and stipulate that the Debtor is obligated to pay off the balance of the loan as a ballon payment in the amount of $94,500.00 subject to change as noted in the immediately preceding paragraph on or before the five (5) year expiration period of the Chapter 11 Subchapter V bankruptcy; that the Debtor must maintain property insurance on the property and is responsible for both the payment of the property insurance and the property taxes which may change from time to time; that the Debtor shall pay said property taxes and insurance to Creditor as part of the monthly mortgage payment and Creditor shall hold such payment in escrow, as that term is generally used in the normal course of its business, as part of the monthly loan payment; the parties stipulate and agree that the current annual property taxes for the property currently is $4480.26 and property insurance annually is approximately $2243.00, with an average monthly escrow amount of $634.93, that the total monthly mortgage payment is $2537.86, payment to commence on

October 1st, 2024 and continuing.

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that at such time as a discharge Order is entered pursuant to 11 U.S.C. § 1141 or the Debtor completes performance as to the secured portion of the creditors bifurcated claims in the Debtor's confirmed Chapter 11 Subchapter V Plan, the lien held in favor of Respondent on the Debtor's assets is avoided and shall be immediately released; and it is further

ORDERED that if the bankruptcy case is dismissed this agreement remains in full effect and is not in any way affected by such dismissal.

CONSENTED TO:

By: /s/ Kim Parker
Kim Parker Esquire.
Federal bar # 23894
The Law Offices of Kim Parker P.A.
2123 Maryland Avenue
Baltimore MD 21218
410-234-2621
F: 410-234-2612
E: kp@kimparkerlaw.com

By    /s/ Daniel Pesachowitz
Daniel Pesachowitz, Esq.
Samuel I. White, P.C.
6100 Executive Blvd., 400
Rockville, MD 20852
301-804-3400
F: 757-497-2802
E: dpesacho@siwpc.com

By    /s/ Monique Almy
Monique Almy, Chapter 11 Trustee
Crowell & Moring, LLP
1001 Pennsylvania Ave, N.W., 10th Fl
Washington, DC 20004-2595
202-508-8749
F: 202-628-5116
E: malmy@crowell.com

cc:     Debtors
          Debtors' Attorney
          Respondent
          Chapter 11 Trustee
          U.S. Trustee Office
          All Creditors of Record
          Respondents

**END OF ORDER**