Entered: March 25th, 2025
Signed: March 25th, 2025

**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| LP Properties, LLC, | * | Case No. 24-13256-MMH |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### SECOND SCHEDULING ORDER

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. The Court entered an Initial Scheduling Order in this case on **April 25, 2024,** and held a preliminary status conference on **June 5, 2024 and further status hearing on August 29, 2024**. Based on the record of the preliminary status conference and for good cause appearing, IT IS ORDERED:

1. Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **May 22, 2025, at 1:00 p.m., in person in Courtroom 9-C, Baltimore.** The Court will enter separately on the docket information concerning the protocol and evidentiary protocol for the hearing.

2. Objections to Plan. **May 1, 2025,** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

3. Voting on Plan. **May 1, 2025,** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

**Kim D. Parker**
**Law Offices of Kim Parker, PA**
**2123 Maryland Ave**
**Baltimore, MD 21218**

**4.** <u>Service of Plan Documents</u>.  On or before **April 1, 2025,** the Debtor shall serve a copy of this Second Scheduling Order, the Debtor's plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); *the Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

cc:   All Parties
      U.S. Trustee

**End of Order**