IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE<br><br>LP PROPERTIES, LLC<br><br>Debtor(s). | Case No.: **24-13256**<br><br>Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>CERTIFICATE OF SERVICE</u>

I IHEREBY CERTIFY that on the 31st day of March 2025, a copy of the Second Scheduling Order, the Debtor's Plan of Reorganization and a Ballot confirm to Official Form 314 was also mailed first class mail, postage prepaid, to:

The Bank of Ney York Mellon Trustee
Newrez LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, CO 80111

State of Maryland DLLR
Division of Unemployment
1100 N. Eutaw Street, Room 401
Baltimore, Maryland 21201

Specialized Loan Servicing, LLC
P.O. Box 636005
Littleton, CO 80163

PBS Investments LLC
Serve:  J. Scott Morse, Esq. Trustee
Law Office of J. Scott Morse, LLC
9 Newburg Ave - Ste 201
Catonsville, MD  21228

Patrick M. Sheey, Managing Member
8621 Robert Fulton Drive, Suite 150
Columbia, MD 21046

Mayor and City Council of Baltimore
c/o Tammy Holly, Customer Care Analyst, Supervisor II
200 Holliday Street Room#1 Bankruptcy
Baltimore, Maryland 21202

Comptroller of Maryland
Bankruptcy Unit
301 W. Preston Street
Balimore, Maryland 21201

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7345
Philadelphia, PA 19101

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Baltimore, Maryland 21201

Monique Almy, Trustee
Crowell & Moring, LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004

Secretary of Treasury
15 Pennsylvania Ave
Washington, DC 20220

Daniel J. Pesachwitz, Esq.
Samuel I White, PC
6100 Executive Blvd
Rockville, Maryland 20852

/s/ Kim Parker
Kim Parker, Esquire