# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

## CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS

IN RE:  **LP PROPERTIES LLC (Debtor)**  Case No.  24−13256

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accepting | % Accepting | $ Value of Acceptances | % of Value accepting | # Rejecting | % Rejecting | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (3) Mayor and City Council of Baltimore | 1 | $1,995.42 | 1 | 100% | $1,995.42 | 100% | 0 | 0% | 0% | 0% | Impaired |
| (4) Specialized Loan Servicing LLC kna Shellpoint | 0[1] | $175,000 | 1 | 100% | $175,000 | 100% | 0 | 0% | 0% | 0% | Impaired |
| (General Unsecured) | 0[2] | $326,080.63 | 1 | 100% | $326,080.63 | 100% | 0 | 0% | 0% | 0% | Impaired |

---

[1] On September 11, 2024, this Court entered a Consent Agreement between the parties. The Consent Agreement provided that the Secured claim is impaired, and the Creditor will vote in favor of a Plan which incorporates this language. Further, the Creditor's unsecured claim is impaired, and the Creditor will vote in favor of a Plan which incorporates this language.

[2] See summary for secured portion of the claim

|  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |