Entered: May 23rd, 2025
Signed: May 22nd, 2025

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| LP PROPERTIES, LLC | * | Case No. 24-13256-MMH |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER CONFIRMING DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION CONSENSUALLY PURSUANT T0 11 U.S.C. § 1191(a)

LP PROPERTIES, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), filed the Debtor's Second Amended Chapter 11, Subchapter V Plan of Reorganization on March 19, 2025 [Doc. 66] (the "Plan"). Based upon the record of the case and the testimony proffered at the hearing on confirmation of the Plan on May 22, 2025, and for the reasons stated on the record at the confirmation hearing, and the Court determining that all of the requirements for confirmation of the Plan set forth in 11 U.S..S. §§ 1129(a) and 1191 (a) have been satisfied, it is hereby

**ORDERED**, that

1. The Plan is hereby confirmed as a consensual Plan under 11 U.S.C. § 1191 (a).

2. The Debtor is hereby discharged pursuant to 11 U.S.S. §§ 1129(a) and 1191 (a).

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order and the Plan.

Copies via CM/ECF to:

Debtor's counsel
Subchapter V Trustee
Office of the US Trustee
Counsel for Mayor & City Council of Baltimore
Counsel for Specialized Loan Servicing LLC

**END OF ORDER**